# Court of Appeals
# of the State of Georgia

ATLANTA,  November 06, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0538. MICHAEL CARL BUSHELL v. TERRY BUSHELL.

Michael Carl Bushell, the defendant in this case, and Terry Bushell, the plaintiff, were divorced in 2007 pursuant to a final order and decree of divorce. Under the divorce decree, the defendant was ordered to pay child support to the plaintiff for the parties' minor child. In 2019, the plaintiff filed a motion for contempt and sanctions, claiming that the defendant had failed to pay child support as required. The trial court issued an order finding the defendant in contempt and ordering him to pay the arrearage of his child support payments. The defendant then filed this direct appeal of the trial court's order. The order, however, is not subject to direct appeal.

Appeals from orders in domestic relations cases, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody rulings issued in child custody cases, the order at issue in this appeal does not include any child custody rulings, so it does not fall within the scope of this provision. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017).

The defendant's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/06/2020__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*